IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| SUZANNE DEVILLIER, | § | |
|    *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:21-CV-00509 |
| | § | |
| LIGHTHOUSE PROPERTY INSURANCE CORPORATION, MID-AMERICA CATASTROPHE SERVICES, LLC, PHAROS CLAIMS SERVICE, LLC, and JOSHUA STORY, | § § § § § | JUDGE MICHAEL J. TRUNCALE |
|    *Defendants*. | | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has referred Plaintiff Suzanne Devillier's *Motion to Remand* [Dkt. 4] to Magistrate Judge Zack Hawthorn for recommended disposition. [Dkt. 11]. On May 23, 2022, Judge Hawthorn issued his Report and Recommendation in which he recommended remanding the case *sua sponte* for lack of subject-matter jurisdiction. [Dkt. 15]. No parties have filed objections, and the time for doing so has passed. Nevertheless, the Court has thoroughly reviewed Judge Hawthorn's Report and Recommendation and concludes that his factual findings and conclusions of law are correct.

It is therefore ORDERED that Judge Hawthorn's Report and Recommendation [Dkt. 15] is ADOPTED. This case is REMANDED to the 58th Judicial Court of Jefferson County, Texas for lack of subject-matter jurisdiction.

**SIGNED this 8th day of June, 2022.**

                                                             Michael J. Truncale
                                                            United States District Judge